IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEROMA B.L. KAALAKEA, | ) | CIVIL 07-00177DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAII HEALTH SYSTEMS | ) | |
| CORPORATION dba MAUI | ) | |
| MEMORIAL MEDICAL CENTER; | ) | |
| DOE INDIVIDUALS 1-10; | ) | |
| DOE ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties

on October 1, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title

28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of

Special Master Recommending that Defendant Hawaii Health Systems Corporation

dba Maui Memorial Medical Center's Motion for Award of

Attorneys' Fees pursuant to 42 U.S.C. § 2000e-5(k) be Denied," is adopted as the

opinion and order of this court.


IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 4, 2008.



_____
David Alan Ezra
United States District Judge


<u>Jeroma B.L. Kaalakea vs. Hawaii Health Systems Corporation, et al.</u>, Civil No. 07-
00177 DAE-KSC; ORDER ADOPTING REPORT OF SPECIAL MASTER